UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:10-cv-28

| | |
|---|---|
| SHAWN SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | DEFENDANTS' |
| ) | NOTICE OF REMOVAL |
| WAVERLY PARTNERS, LLC, and ) | |
| VANELLA, INC. d/b/a VANELLA ) | |
| BACKGROUND INVESTIATIONS, ) | |
| ) | |
| Defendants. ) | |

Defendants WAVERLY PARTNERS, LLC and ALLIEDBARTON SECURITY SERVICES LLC d/b/a HRPLUS (incorrectly identified in Plaintiff's Complaint and Plaintiff's Amended Complaint as "VanElla, Inc. d/b/a VanElla Background Investigations"), by their attorneys and pursuant to 28 U.S.C. §§ 1441 and 1446, file this Notice of Removal of case No. 09-CVS-29323, which was filed in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina. In support of their Notice of Removal, Defendants state as follows:

1. On or about December 23, 2009, Plaintiff filed her Complaint in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, titled <u>Shawn Smith v. Waverly Partners, LLC, and VanElla, Inc. d/b/a VanElla Background Investigations</u>, case No. 09-CVS-29323. Plaintiff alleges that Defendants violated the Fair Credit Reporting Act , 15 U.S.C. § 1681 <u>et</u> <u>seq</u>. ("FCRA"). (Compl. ¶¶ 48-53.) Plaintiff also asserts claims for invasion of privacy and detrimental reliance under North Carolina law. (Compl. ¶¶ 38-47, 54-59.) On or about January 6, 2010, Plaintiff filed her First Amended Complaint ("Amended Complaint").

2.      Defendant AlliedBarton Security Services LLC d/b/a HRPlus was served with Summons and a copy of Plaintiff's Complaint on or about December 24, 2009. Defendant Waverly Partners, LLC was served with Summons and a copy of Plaintiff's Complaint on December 29, 2009. Defendant AlliedBarton Security Services LLC d/b/a HRPlus was served with a copy of Plaintiff's Amended Complaint on January 8, 2010. Defendant Waverly Partners, LLC was served with a copy of Plaintiff's Amended Complaint on January 7, 2010. Copies of the Summons, Plaintiff's Complaint, Amended Complaint, and all other process, pleadings and orders served on Defendants are attached hereto as Exhibit A.

3.      This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1331 because Plaintiff's FCRA claims arise under the Constitution, laws or treaties of the United States. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441(b).

4.      This Court also may exercise supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367 because those claims arise out of the same set of facts as Plaintiff's FCRA claims.

5.      Because this action is pending in the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, venue for purposes of removal is proper in this Court pursuant to 28 U.S.C. § 1441(a).

6.      This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b) as it is being filed within thirty (30) days after the first receipt of the Complaint by any defendant.

7.      Prompt written notice of this Notice of Removal is being sent to Plaintiff through her counsel, and to the Clerk of Court for the General Court of Justice, Superior Court Division, Mecklenburg County, North Carolina, as required by 28 U.S.C. § 1446(d). A copy of the Notice is attached hereto as Exhibit B.

8.      The undersigned has read this Notice of Removal, and to the best of the undersigned's knowledge, information, and belief, formed after reasonable inquiry, certify that

Defendants' factual allegations have evidentiary support and their legal contentions are warranted by existing law.  The undersigned also certify that this Notice of Removal is not interposed for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation.

  s/ David L. Levy_____ ____
NC State Bar No. 34060
Hedrick Gardner Kincheloe & Garofalo, LLP
P.O. Box 28230
Charlotte, NC 28230
Telephone: (704) 319-5426
Facsimile: (704) 602-8178
dlevy@hedrickgardner.com
Local Counsel for Defendant
ALLIEDBARTON SECURITY SERVICES LLC
d/b/a HRPLUS

Frederick T. Smith
Georgia Bar No. 657575
*Pro Hac Vice* Motion to be Filed
Maile Gilmore
Georgia Bar No. 300451
*Pro Hac Vice* Motion to be Filed
SEYFARTH SHAW LLP
1545 Peachtree Street, N.E., Suite 700
Atlanta, GA 30309-2401
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
fsmith@seyfarth.com
mgilmore@seyfarth.com
Lead Counsel for Defendant
ALLIEDBARTON SECURITY SERVICES LLC
d/b/a HRPLUS

  s/ Kenneth R. Raynor_____ ____
NC State Bar No. 10488
Templeton & Raynor, P.A.
1800 East Blvd.
Charlotte, NC 28203
Telephone: (704) 344-8500
Facsimile: (704) 344-8555
ken@templetonraynor.com
Counsel for Defendant
WAVERLY PARTNERS, LLC

# **CERTIFICATE OF SERVICE**

I certify that on January 25, 2010, I served a true and correct copy of DEFENDANTS' NOTICE OF REMOVAL by the United States Postal System to the following counsel of record:

        Margaret Behringer Maloney
        Tamara L. Huckert
        Maloney Law & Associates, PLLC
        1824 East 7th Street
        Charlotte, NC 28204

        s/ David L. Levy_____
        NC State Bar No. 34060
        Hedrick Gardner Kincheloe & Garofalo, LLP
        P.O. Box 28230
        Charlotte, NC 28230
        Telephone: (704) 319-5426
        Facsimile: (704) 602-8178
        dlevy@hedrickgardner.com
        Local Counsel for Defendant
        ALLIEDBARTON SECURITY SERVICES LLC
        d/b/a HRPLUS