UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:10-CV-28-RLV-DSC

| | |
|---|---|
| SHAWN SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WAVERLY PARTNERS, LLC, and )<br>VANELLA, INC. d/b/a VANELLA )<br>BACKGROUND INVESTIGATIONS, )<br>)<br>Defendants. ) | **ORDER** |

This matter is before the Court on the "Application for Admission to Practice *Pro Hac Vice*" filed on March 2, 2010, for admission of Maile Gilmore as counsel *pro hac vice* on behalf of Defendant Vanella, Inc. d/b/a Vanella Background Investigations.

Upon review and consideration of the Motion, the Court will grant the Motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Ms. Gilmore shall be admitted to appear before this Court *pro hac vice* on behalf of Defendant Vanella, Inc. d/b/a Vanella Background Investigations. It appears that Ms. Gilmore has associated David L. Levy of Hedrick Gardner Kincheloe & Garofalo, LLP as local counsel.

**SO ORDERED**.    Signed: March 3, 2010

David S. Cayer
United States Magistrate Judge