UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:10-CV-28-RLV-DSC

| | |
|---|---|
| SHAWN SMITH, </br></br> Plaintiff, </br></br> v. </br></br> WAVERLY PARTNERS, LLC, and </br> VANELLA, INC. d/b/a VANELLA </br> BACKGROUND INVESTIGATIONS, </br></br> Defendants. | **ORDER** |

This matter is before the Court on Plaintiff's "Motion for Leave to Amend" (document #10). In his Motion, Plaintiff proposes to correctly identify Defendant Vanella, Inc.,[1] to amend Count III from a claim for detrimental reliance to a claim for negligent misrepresentation, and to add a claim under N.C. Gen. Stat. § 75-1.1 for unfair and deceptive trade practices.

Defendant Vanella/AlliedBarton consents to the Motion. Defendant Waverly Partners, LLC has not filed a response to the Motion and the time for filing a brief in opposition has expired.

Upon review and consideration of the Motion, the Court will grant the Motion.

**NOW THEREFORE IT IS HEREBY ORDERED** that:

1. Plaintiff's "Motion for Leave to Amend" (document #10) is **GRANTED**. Plaintiff shall file his Second Amended Complaint on or before March 31, 2010.

2. The clerk is instructed to send copies of this Order to counsel for the parties; and to the Honorable Richard L. Voorhees.

---

[1] The correct name of the second Defendant is AlliedBarton Security Services, LLC.

**SO ORDERED**.  Signed: March 22, 2010

David S. Cayer
United States Magistrate Judge