IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-00028-RLV-DSC

SHAWN SMITH, )
 )
    Plaintiff, )
 )
v. ) **VERDICT FORM**
 )
WAVERLY PARTNERS, LLC, and )
ALLIEDBARTON SECURITY )
SERVICES, LLC d/b/a HRPLUS, )
 )
    Defendants. )

FILED In Court
Statesville, NC

SEP 1 9 2012

US District Court
Western District of NC

Has the plaintiff, Shawn Smith, proven by a preponderance of the evidence that she and the defendant, Waverly Partners, LLC, entered into a contract?

    __✓__ YES

    _____ NO

If you answered "yes," go on to the following question. If you answered "no," conclude your deliberations and return to the courtroom.

Has the plaintiff, Shawn Smith, proven by a preponderance of the evidence that Waverly Partners, LLC, breached the contract?

    __✓__ YES

    _____ NO

If you answered "yes," go on to the following question. If you answered "no," conclude your deliberations and return to the courtroom.

What amount, if any, has Shawn Smith shown, by a preponderance of the evidence, that she is entitled to recover from Waverly Partners, LLC, for breach of contract?

$ __1,383,063.88__

1

So say we all, this the 19th day of September, 2012.