# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### 3:10-cv-00028

SHAWN SMITH,

        Plaintiff,

  v.

WAVERLY PARTNERS, LLC, and
ALLIEDBARTON SECURITY
SERVICES, LLC d/b/a HRPLUS,

        Defendants.

**WAVERLY PARTNERS, LLC's**
**MOTION PURSUANT TO RULE**
**50(b) AND RULE 59**

**NOW COMES** Defendant Waverly Partners, LLC, by and through counsel, and

moves the Court pursuant to Rule 50(b) of the Federal Rules of Civil Procedure for

judgment as a matter of law.  In the alternative, Defendant moves the Court for a new trial

pursuant to Rule 59.  Accordingly, Defendant shows unto the Court as follows:

1. At the close of evidence in the trial of this matter, Defendant moved the

  Court, pursuant to Rule 50(a) of the Federal Rules of Civil Procedure, for

  judgment as a matter of law on the issues of contract formation and breach;

  and agency of co-Defendant AlliedBarton, which Motion the Court denied.

2. The jury awarded damages on Plaintiff's breach of contract claim.

  However, at the filing of this Motion, the Court has not yet entered a final

  judgment in this matter.

3. Defendant renews its Rule 50(a) Motion, pursuant to Rule 50(b), and

  respectfully requests that the Court enter judgment for Defendant as a

matter of law on the grounds, set forth in greater detail in the accompanying Memorandum, that there was no evidence at trial to support (1) the existence of a contract between Plaintiff and Defendant in which Defendant agreed to obtain a background check limited solely to Plaintiff's "past employment"; (2) that Defendant breached any such contract; and (3) the jury's consequent finding that Defendant was liable for Plaintiff's damages.

4.     Defendant further respectfully requests that the Court conditionally grant a new trial on all issues should this judgment for Defendant be overturned upon appeal.

5.     In the alternative, Defendant prays for a new trial on the grounds that the jury's verdict was against the clear weight of evidence and would constitute a miscarriage of justice, pursuant to Rule 59.

6.     Defendant separately prays for a new trial, pursuant to Rule 59, on the following additional grounds, also set forth in greater detail in the accompanying Memorandum:

    a.     failure of the jury to follow the Court's instructions;

    B.     undue prejudice arising from Plaintiff's emotive and extraneous testimony;

    C.     confusion arising from the immaterial issue of agency of AlliedBarton;

d.     unforeseeability of Plaintiff's damages; or

e.     any reason not stated in this Motion that would justify a new trial of this matter.

**WHEREFORE**, Defendant prays the Court for an Order granting entry of judgment as a matter of law for Defendant and dismissing, with prejudice, Plaintiff's breach of contract claim. Alternatively, Defendant prays the Court for an Order granting a new trial on all issues.

This 18th day of October, 2012.

**TEMPLETON & RAYNOR, P.A.**

*/s/Kenneth R Raynor*
Kenneth R. Raynor
*(Attorney for Waverly Partners, LLC)*
1800 East Boulevard
Charlotte, NC 28203
Phone 704.344.8500; Fax 704.344.8555
*ken@templetonraynor.com*
N.C. Bar No.: 10488

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2012, I electronically filed **Waverly Partners, LLC's Motion Pursuant to Rule 50(b) and Rule 59** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

mmaloney@maloneylegal.com
Ms. Margaret B. Maloney
MALONEY LAW & ASSOCIATES, PLLC
1824 East Seventh Street
Charlotte NC 28204
*(Attorney for Plaintiff Shawn Smith)*

Fsmith@seyfarth.com
Mr. Frederick T. Smith
SEYFARTH SHAW, LLP
1545 Peachtree Street, N.E., Suite 700
Atlanta GA 30309-2401
*(Attorney for AlliedBarton Security Services, LLC)*

dlevy@hedrickgardner.com
Mr. David L. Levy
HEDRICK GARDNER KINCHELOE & GAROFALO, LLP
P.O. Box 30397
Charlotte NC 28230
*(Attorney for AlliedBarton Security Services, LLC)*

This 18th day of October, 2012.

/s/Kenneth R Raynor
Kenneth R Raynor
**TEMPLETON & RAYNOR, P.A.**