UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:10-CV-28-RLV-DSC

| SHAWN SMITH, | |
|---|---|
| Plaintiff, | |
| vs. | **EXHIBIT INDEX FOR PLAINTIFF'S MEMORANDUM IN OPPOSITION TO WAVERLY PARTNERS, LLC's MOTION PURSUANT TO RULE 50(b) AND RULE 59(a)** |
| WAVERLY PARTNERS, LLC, and ALLIEDBARTON SECURITY SERVICES, LLC d/b/a HRPLUS, | |
| Defendants. | |

| Ex. No. | DESCRIPTION: |
|---|---|
| 1. | Turnbull Trial Testimony Transcript Excerpts |
| 2. | Weinstein Trial Testimony Transcript Excerpts |
| 3. | Brummer Trial Testimony Transcript Excerpts |
| 4. | Kaminski Trial Testimony Transcript Excerpts |
| 5. | Jury Charge Trial Transcript Excerpts |
| 6. | Trial Exhibit 3 |
| 7. | Trial Exhibit 4 |
| 8. | Trial Exhibit 7 |
| 9. | Trial Exhibit 20 |
| 10. | Trial Exhibit 23 |

Respectfully submitted, this the 7th day of December, 2012.

**MALONEY LAW & ASSOCIATES, PLLC**

/s/ Margaret Behringer Maloney
Margaret Behringer Maloney, N.C. Bar No. 13253
Tamara L. Huckert, N.C. Bar No. 35348
Audrey C. Page, N.C. Bar No. 32857
1824 East Seventh Street
Charlotte, NC 28204
mmaloney@maloneylegal.com
thuckert@maloneylegal.com
apage@maloneylegal.com
Telephone: 704-632-1622
Facsimile: 704-632-1623
*Attorneys for Plaintiff Shawn Smith*

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I electronically filed the foregoing **EXHIBIT INDEX TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO WAVERLY PARTNER, LLC'S MOTION FOR PURSUANT TO 50(b) AND RULE 59(a)** with the Clerk of Court using the CM/ECF system, which will send the notice of electronic filing to the following:

| | |
|---|---|
| Mr. Kenneth R. Raynor<br>N.C. Bar No. 10488<br>Templeton & Raynor, P.A.<br>1800 East Boulevard<br>Charlotte, NC 28203<br>ken@templetonraynor.com<br>Phone:  704-344-8500<br>Facsimile:  704-344-8555<br>*Attorneys for Waverly Partners, LLC* | Mr. David L. Levy<br>N.C. Bar No. 34060<br>Hedrick Gardner Kincheloe & Garafalo, LLP<br>P.O. Box 28230<br>Charlotte, NC 28230<br>dlevy@hedrickgardner.com<br>Phone:  704-319-5426<br>Facsimile:  704-602-8178<br>*Local Counsel for AlliedBarton Security Services, LLC d/b/a HRPlus*<br><br>Frederick T. Smith<br>Georgia Bar No. 657575<br>Admitted *Pro Hac Vice*<br>Seyfarth Shaw LLP<br>1545 Peachtree Street, N.E., Ste. 700<br>Atlanta, GA  30309-2401<br>Telephone:  404-885-1500<br>Facsimile:  404-832-7056<br>fsmith@seyfarth.com<br>mgilmore@seyfarth.com<br>*Lead Counsel for AlliedBarton Security Services, LLC d/b/a HRPlus* |

      This the 7th day of December, 2012.

                             MALONEY LAW & ASSOCIATES, PLLC

                             /s/ Margaret Behringer Maloney
                             Margaret Behringer Maloney, N.C. Bar No. 13253
                             Tamara L. Huckert, N.C. Bar No. 35348
                             1824 East Seventh Street
                             Charlotte, NC 28204
                             mmaloney@maloneylegal.com
                             thuckert@maloneylegal.com
                             Telephone:  704-632-1622
                             Facsimile:  704-632-1623
                             *Attorneys for Plaintiff Shawn Smith*