**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 03:10CV00028**

| | |
|---|---|
| SHAWN SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>WAVERLY PARTNERS, LLC, and<br>ALLIEDBARTON SECURITY SERVICES,<br>LLC d/b/a HRPLUS,<br><br>  Defendants. | **ORDER ON MOTION FOR ENTRY<br>OF JUDGMENT** |

**THIS MATTER** is before the Court on Plaintiff, Shawn Smith's ("Plaintiff"), and Defendant, Waverly Partners, LLC's ("Defendant"), Joint Stipulation of Prejudgment Interest and Entry of Judgment, filed on July, 17, 2014. (Doc. 138.) The filing was made in response to this Court's Order on Motion for Entry of Judgment, filed July 7, 2014. (Doc. 137.)

Now, therefore, Plaintiff shall have and recover of the Defendant, the principal amount of $1,285,562.88 (*see* doc. 117, filed under seal), prejudgment interest through July 17, 2014 in the amount of $372,961.72, plus continued accrual of daily prejudgment interest in the amount of $281.77 from July 18, 2014 through the date that judgment is entered by the clerk, plus post-judgment interest at the interest rate set forth in 28 U.S.C. § 1961, until paid in full.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion for Entry of Judgment" is **GRANTED** subject to the terms of this Order.

Signed: July 21, 2014

Richard L. Voorhees