# United States District Court
## Western District of North Carolina
### Divisional Office Division

| | | |
|---|---|---|
| SHAWN SMITH, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:10cv28 |
| | ) | |
| vs. | ) | |
| | ) | |
| WAVERLY PARTNERS, LLC, et. al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 21, 2014 Order.

Signed:  July 21, 2014

Frank G. Johns, Clerk
United States District Court